## R. A. NIX v. STATE.

### 8 Div. 729.

Supreme Court of Alabama.

March 19, 1936.

H. H. Hamilton, of Russellville, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

THOMAS, Justice.

Petition of R. A. Nix for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Nix v. State, 166 So. 716.

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.